UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ JUL 29 2005 ★

BROOKLYN OFFICE

- - - - - - - - - - - - - - - - - - X

HARRAH'S LICENSE COMPANY, LLC,

                      Plaintiff,    ORDER OF DISMISSAL

                                       CV 2005-1691 (JG)(MDG)

     - against -

BEST BET LIMITED, et ano,

                     Defendants.

- - - - - - - - - - - - - - - - - - X

The parties having advised the Court that they have reached an agreement to settle this action and no party being an infant or incompetent, it is hereby

ORDERED, that this action is discontinued with prejudice and without costs to any party, but with leave to re-open if the settlement agreement is not consummated and application for reinstatement is made within thirty days of the date of this Order.

Dated:  Brooklyn, New York
        July 26 , 2005

                     s/John Gleeson
                     JOHN GLEESON
                     UNITED STATES DISTRICT JUDGE